UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Case No. 06-13453

    Honorable Victoria A. Roberts

ROBYN L. SLAPPY a/k/a/ ROBYN BOYD

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On October 26, 2012, Magistrate Judge R. Steven Whalen submitted a Report and Recommendation, (Doc. #42), recommending that the Court **DENY** Defendant's Request for Hearing about the Garnishment and Claim for Exemptions, (Doc. #29).

Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, and **DENIES** Defendant's request.

    **IT IS ORDERED**.

                                    /s/ Victoria A. Roberts
                                    Victoria A. Roberts
                                    United States District Judge

Dated: January 4, 2013

The undersigned certifies that a copy of this document was served on the attorneys of record and Robyn Slappy a/k/a Robyn Boyd by electronic means or U.S. Mail on January 4, 2013.
S/Linda Vertriest
Deputy Clerk

1